■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RYDELLE LEWIS, Appellant. — Judgment unanimously affirmed. Memorandum: We find no merit to defendant's contention that the evidence was insufficient to prove that the gunshot wounds caused the victim's death, nor do we consider the sentence of 20 years to life harsh and excessive. (Appeal from judgment of Supreme Court, Erie County, Marshall, J. — murder, second degree.) Present — Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.